IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LISA MARIE DENNIS,

       Appellant,

v.

ALLISON E. ALBERT,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3207

Opinion filed September 7, 2016.

An appeal from the Circuit Court for Duval County.
James H. Daniel, Judge.

Charles Michael Williams of the Law Office of C. Michael Williams, P.A., Jacksonville, for Appellant.

Jamie L. Ibrahim of Jacksonville Area Legal Aid, Inc., Jacksonville; Andrew J. Steif of Holland & Knight LLP, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.